UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-EASTERN DIVISION

| | |
|---|---|
| VERONICA RUA, | ) ED CV 12-00591-SH |
| | ) |
| Plaintiff, | ) JUDGMENT |
| v. | ) |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security | ) |
| Administration, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

IT IS ADJUDGED IT IS ADJUDGED that the decision of the Commissioner is affirmed and the Complaint is dismissed.

DATED: March 21, 2013

_____
STEPHEN J. HILLMAN
UNITED STATES MAGISTRATE JUDGE